**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSAN SUMMERS,

    Plaintiff,

v.                                          Case No. 3:20-cv-1407-TJC-LLL

COLUMBIA COUNTY SCHOOL
DISTRICT,

    Defendant.

## O R D E R

Upon review of the Stipulation of Voluntary Dismissal with Prejudice Fed. R. Civ. P. 40(a)(1) (Doc. 40), filed on August 12, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record